# EXHIBIT A

FILED

## COMMONWEALTH OF KENTUCKY
## WARREN CIRCUIT COURT
## DIVISION ____
### CASE NO. 15-CI-_1226_

NOV 8 PM 1 46

WARREN CIR/DIST COURT
BRANDI DUVALL, CLERK

BY _____ D.C.

CWI, INC.                                              **PLAINTIFF**

VS.

**SMARTDOG SERVICES, LLC**                             **DEFENDANT**

Clerk to serve via certified/restricted delivery mail:
*Agent for Service of Process*
CSC – Lawyers Incorporating Service Co
421 W Main
Frankfort, KY 40601

---

## COMPLAINT
## (Jury Demand)

---

Comes now the Plaintiff, CWI, INC., by counsel, and for its Complaint against the

Defendant, SMARTDOG SERVICES, LLC, states as follows:

### Introduction

1.      This is action based in tort, misrepresentation and contract, which is based

upon business dealings between CWI, Inc. and SmartDog Services, LLC, and related

consequential damages suffered by CWI, INC as a result of actions and omissions of

SmartDog Services, LLC.

### Identity of Parties

2.      At all times complained of herein, Plaintiff, CWI, Inc. (hereinafter "CWI")

was a Kentucky corporation with a principal office located at 650 Three Springs Road,

P.O. Box 90018, Bowling Green, KY 42104.

3.    At all times complained of herein, SmartDog Services, LLC (hereinafter "Smartdog") was a foreign limited liability company, with a principal office located at 7004 Bee Cave Road, Building 3, Suited 100, Austin, TX 78746, which is registered with the Secretary of State of the Commonwealth of Kentucky (Organization No. 0996726) and doing business in the Commonwealth of Kentucky.  Smartdog may be served through its agent for service of process: CSC – Lawyers Incorporating Service Company, 421 West Main Street, Frankfort, KY 40601.

### Jurisdiction and Venue

4.    Warren Circuit Court has jurisdiction over the parties to this action as well as the subject matter of the complaint.

5.    Plaintiff's damages complained of herein meet or exceed the jurisdictional minimum required for this Court.

6.    Venue in this Court is proper as the instant matter is  one that lies in tort, misrepresentation and contract, which requires the instant matter to be brought where the injury occurred to CWI, which in the instant matter is in Warren County, Kentucky.

### Factual Allegations/Causes of Action

7.    On or about July 22, 2013, CWI and SmartDog executed a "Zero-Dollar Master Service Agreement" wherein SmartDog agreed to provide consulting services to CWI on an as needed basis, for the purposes of determining the best strategy to get CWI from a 11.5.10 version of Oracle EBS Applications to R12, and to develop a recommendation of improvements as part of the effort. (See "Zero-Dollar Master Service Agreement" attached as Exhibit 1).

8.    During this process, SmartDog completed a project Design and Plan to implement the agreed upon changes, and executed an addendum to the July 22, 2013

2

Agreement described in Paragraph 7, by executing a detailed "Statement of Work" on or about July 1, 2014. (See "Statement of Work" attached as Exhibit 2).

9.      The Statement of Work executed by the parties set forth the process required, the plan and the duties of SmartDog in the implementation of the Oracle update, and the costs and timelines associated with the same.

10.     That the Statement of Work set forth a "go live" deadline of March 1, 2015 for the Oracle update, which SmartDog was unable to meet.

11.     That SmartDog represented to CWI during the negotiations of the above agreements that SmartDog employees would primarily provide services and work on the projects detailed in the Statement of Work.

12.     That the parties executed a Modification to the Statement of Work on or about March 25, 2015, which modified the Statement of Work. (See "Modification to Statement of Work Oracle EBS R12 Re-Implementation Execution" attached as Exhibit 3).

13.     That at some point during the performance of the work on the project, SmartDog replaced SmartDog employees on the project with subcontractors.

14.     That SmartDog failed to meet the deadlines set forth in the above-described agreements, and failed to perform the work agreed upon.

15.     That CWI expended considerable resources, time and money on the project and compensated SmartDog to complete the same, which SmartDog failed to do.

16.     As a result of the actions and omissions of SmartDog in providing the work contracted for above, CWI has suffered financial losses and has been forced to replace SmartDog to complete the project.

### Causes of Action: Count I – Negligence

17.   Plaintiff incorporates by reference herein the allegations set forth in paragraphs 1 through 16 above, and does further allege as follows.

18.   Defendant SmartDog owed CWI a duty of ordinary care with respect to the work it performed on the projects it was hired to complete.

19.   Defendant SmartDog, or its agents employees or agents, failed to adequately perform the work it was hired to complete as set forth above.

20.   These failures constitute a breach of the duty that SmartDog owed to CWI.

21.   This breach of duty was the actual, proximate and legal cause of CWI's damages complained of herein.

22.   Based upon the foregoing, CWI is entitled to recover its damages from SmartDog.

### Causes of Action: Count II – Material Misrepresentation/Fraud

23.   Plaintiff incorporates by reference herein the allegations set forth in paragraphs 1 through 22 above, and does further allege as follows.

24.   CWI detrimentally relied upon Defendant's aforementioned representations, regarding the work to be performed by SmartDog and that SmartDog would be primarily providing services with SmartDog employees.

25.   The willful and intentional breach of contract and fraudulent actions of SmartDog constitute fraud, malice and a continuing and intentional misrepresentation to CWI upon which CWI reasonably relied.

26.   As a result of the aforementioned conduct of SmartDog, CWI has sustained substantial damages for which it is entitled to recover from SmartDog.

27.    By reason of SmartDog's fraud, misrepresentation and malice, CWI is entitled to recover punitive damages over and above any compensatory or actual damages recovered herein.

### Causes of Action: Counter III – Breach of Contract

28.    Plaintiff incorporates by reference herein the allegations set forth in paragraphs 1 through 27 above, and does further allege as follows.

29.    CWI and SmartDog entered into a Zero-Dollar Master Services Agreement, a Statement of Work which was an addendum to the Zero-Dollar Master Services Agreement, and a Modification of the Statement of Work, binding the parties under the terms contained therein.

30.    SmartDog has failed to perform the work as set forth in the contract and addendums according to terms and conditions contained therein.

31.    SmartDog has willfully and intentionally breached the contract by failing and refusing to perform the work as set forth in the contract and addendums.

32.    As a result of the SmartDog's breach, CWI is entitled to recover actual monetary damages as well as any incidental and consequential damages that freely flow out of the SmartDog's breach. For any and all other and relief as may be deemed just and proper to the Plaintiff upon the proof presented at trial.

WHEREFORE, the Plaintiff, CWI, Inc., respectfully requests the following:

1.    That process issue and the Defendant answer this Complaint as required by law,

2.    That a jury be impaneled to hear and try this case,

3.    That the Plaintiff be awarded judgment against the Defendant in the manner sought and in amounts to be determined by the jury,

5

4.      That the Plaintiff be awarded actual monetary damages, incidental, and

consequential damages that freely flow out of the Defendants' breach of

the contract and negligence,

5.       For an award of Punitive damages as will justly compensate Plaintiff for

the willful, intentional, deceptive, and fraudulent actions taken by the

Defendant,

6.      For an award of any and all reasonable attorney's fees and costs incurred

by the Plaintiff, and

7.      For any and all other and relief as may be deemed just and proper to the

Plaintiff upon the proof presented at trial.

Respectfully submitted this _____8th_____ day of October, 2015.

BRODERICK & DAVENPORT, PLLC
921 College Street-Phoenix Place
Post Office Box 3100
Bowling Green, KY  42102-3100
Telephone:    (270) 782-6700
Facsimile:    (270) 782-3110


_____
DAVID F. BRODERICK
BRANDON T. MURLEY

6

# SMART DOG

# Zero-Dollar Master Service Agreement

This Zero-Dollar Master Service Agreement ("Agreement") is the Agreement. Section 3, 4, 5, 6, 7, and 8 shall survive any effective as of the 22nd day of July, 2013 between SmartDog expiration or termination of this Agreement. Services, LLC ("SmartDog") having an office at 7004 Bee Cave Rd., SmartDog's Database Monitoring Software is exclusively owned by Bldg. #3, Suite 100, Austin, TX 78746, and CWI Inc ("Client") having SmartDog. Upon expiration or termination of this Agreement, an office at 650 Three Springs Road, Bowling Green, KY 42104. In Client will allow SmartDog to remove the Monitoring Software and consideration of the mutual promises herein the parties, agree as gained as to that Personnel's previous employment with the other follows: party.

## 1) Scope of Agreement

Client hereby retains SmartDog and SmartDog agrees to provide consulting services ("Services") to the Client on an as needed basis. The parties will set forth the term, Services, and pricing for each engagement via an Addendum. Services that SmartDog provides include, but are not limited to, those listed on Schedule A. The rates listed on Schedule A may be changed at any time by giving thirty (30) calendar days advance written notice to Client. SmartDog reserves the right to charge a premium to assist with versions of software not currently supported by Oracle.

## 2) Authorized Approvers

Client must designate who can approve Services from SmartDog through a Service Request ("SR"). All approvals from these Authorized Approvers will be considered approved and billable. Client may replace or add Authorized Approvers by providing written notice at any time.

| Authorized Approvers | |
|---|---|
| Name/Email | Scott Logan, App & Dev Manager |
| Name/Email | John Lay, Sr. Director - Applications |
| Name/Email | |
| Name/Email | |

## 3) Termination

Unless otherwise provided in an Addendum, either party may terminate this Agreement and any Addendum at any time and for any reason by giving thirty (30) calendar days advance written notice to the other party. In the event of a breach of any of the terms of this Agreement, the non-breaching party may terminate the Agreement and any Addendum with twenty-four (24) hours advance written notice to the breaching party. Subject to applicable law, either party becomes insolvent, enters into voluntary or involuntary bankruptcy, ceases to conduct business or assigns its interests in this Agreement to a third party creditor, the other party may immediately terminate

## 4) Fees, Invoicing and Payment Obligation

Unless otherwise provided for in an Addendum, the Services are provided on a time and materials basis; that is, Client shall pay SmartDog for all the time spent performing such Services, plus materials, taxes and expenses, if applicable ("Fees"). For on-site Services, Client will pay for travel expenses. All payments will be made in U.S. dollars. All invoices are payable in full within thirty (30) calendar days from the date of invoice. Past due invoices are subject to monthly finance charges of 1.5%. In a dispute over invoicing, Client shall recover from losing party all costs of litigation and/or collection, including reasonable attorney fees and court costs.

## 5) Confidentiality

The parties may provide to one another information that is confidential. Both parties agree that it will not at any time or in any manner, either directly or indirectly, use any information for its own benefit, or divulge, disclose, or communicate in any manner any information to any third party without the prior written consent of the disclosing party. Confidential Information shall not include information which: (a) is or becomes a part of the public domain through no act or omission of the other party; (b) was in the other party's lawful possession prior to the disclosure and had not been obtained by the other party either directly or indirectly from the disclosing party; (c) is independently developed by the other party; or (d) is disclosed by operation of law.

## 6) Covenant Not to Hire

Neither the Client nor SmartDog shall knowingly solicit, recruit or hire those current employees, agents or subcontractors ("Personnel") of the other while this Agreement is in effect and for twelve (12) months thereafter without the prior written consent of a representative of the party who has the authority to bind and sign on behalf of that party. If either party hires any of the other's Personnel in violation of the above, the party in violation will pay the other party an amount equal to such Personnel's annual salary or other earnings, as applicable

## 7) Warranty

SmartDog warrants that its Services will be performed with that degree of skill and judgment that is normally exercised in the field. Should SmartDog's work fail to conform to this degree, Client shall notify SmartDog of its dissatisfaction in writing within thirty (30) calendar days, SmartDog will make a reasonable attempt to address and remedy each issue to the Client's satisfaction.

## 8) Limitations of Liability

Except as expressly stated herein, there are no other warranties, express or implied, with respect to the Services rendered by SmartDog's Personnel or the results obtained from their work. Except as provided for specifically in this Agreement, neither party shall be liable for any indirect, incidental, special, punitive or consequential damages, or any loss of profits, revenue, data or data use, even if the party shall have been advised of the possibility of such potential loss or damage. SmartDog's maximum liability with respect to the Services and this Agreement shall not exceed the price for that Service's assignment creating the liability.

## 9) Cooperation

Timely provision of and access to resources ("Cooperation") are essential to performance of Services. SmartDog shall not be liable for any deficiency in performing Services if such deficiency results from Client's failure to provide Cooperation. Client is responsible for securing any Oracle licenses needed for SmartDog to perform Services.

## 10) Subcontracting

SmartDog reserves the right to subcontract Services to a qualified subcontractor. This subcontracting will not release SmartDog from its responsibility for its obligations under this Agreement and SmartDog will be responsible for the work performed by the subcontracted personnel as if they were directly employed by SmartDog.

## 11) Independent Contract Status

(measured on the basis of earnings over the last twelve months with current employer or projected annualized earnings if twelve months history does not exist) unless the party in violation agrees to dismiss such Personnel based on the subsequent knowledge

# SMART🐾DOG

# Zero-Dollar Master Service Agreement

It is understood by the parties that SmartDog, in the performance of Services hereunder, is acting as an independent contractor and not an employee or agent of the Client. Client shall not be responsible to SmartDog or its employees for payroll-related taxes, fringe benefits, including health insurance benefits, paid vacation, or any other employee benefits.

## 12)  Notices

Any notices shall be in writing and shall be deemed to have been fully given if sent by facsimile, email, courier service or mail to the address, fax or email listed below or such other addresses as the parties may provide in writing.  If notice is sent by fax or email, it shall be deemed to be received when sent.  If sent by mail or courier service, it shall be deemed to have been received on the fifth day after mailing or actual receipt, whichever occurs first. Should the Notice address be left blank then any last known address, fax or email will suffice for Notices purposes.

If to SmartDog:

Attn: General Counsel
Address:  See address above
Fax:   (504) 910-4142
Email: legal@SmartDogServices.com

If to Client:

Attn: John Lay
Address: See Address above
Fax:  270-781-8805
Email: jlay@carminowworld.com

## 13)  Entire Agreement

This Agreement and Addendums constitute the entire Agreement between SmartDog and Client.  Addendums may include but are

not limited to schedules, statement of works, SKs, modifications or addendums.  This Agreement supersedes all previous Agreements, whether oral or written. Except as allowed herein, this Agreement shall not be modified or amended except by a written document signed by all parties hereto.  No Purchase Order or other ordering document that purports to modify or supplement this Agreement shall add to or vary the terms of this Agreement.

## 14)  Severability

Invalidity or unenforceability of one or more provisions of this Agreement will not affect any other provision of this Agreement. If a court finds that by limiting an unenforceable provision it would become valid and enforceable, then the provision shall be deemed to be written, construed, and enforced as so limited.

## 15)  Waiver of Contractual Right

The failure of either party to enforce any provision of this Agreement shall not be construed as a waiver or limitation of that party's right to subsequently enforce and compel strict compliance with every provision of this Agreement.

## 16)  Force Majeure

Neither party shall be responsible for failure or delay of Services if caused by conditions beyond its control including but not limited to: acts of war, terrorism or sabotage; acts of God; government restrictions, electric, internet, server or telecommunication failures. Both parties will use reasonable efforts to mitigate the effect of a force majeure event.

## 17)  Use of Client Name

Client agrees that SmartDog may use Client name/logo only in a list of other SmartDog Clients. Any additional publicly concerning Client will require Client's prior written consent.

## 18)  Counterparts and Signatures

This Agreement may be executed by facsimile or scanned and electronic signatures.  A copy of this Agreement signed by an authorized representative of each party shall have the same force and effect as an original.  Any reproduction of this Agreement made by reliable means (e.g., photocopy, scan, facsimile) is considered an original.

IN WITNESS WHEREOF, intending to be legally bound, the parties have caused this Agreement to be executed by their duly authorized representatives on the date first written above.

SmartDog Services, LLC

By:

Name/Title:  John A. Johnson, Global CEO

Client

By:

Name/Title:  John Lay, Sr. Director/
General Counsel

# SMARTDOG

# Zero-Dollar Master Service Agreement (Schedule A)

| Oracle Core Technology | Hourly | Qtr/Hr |
|---|---|---|
| Data Architect | 162.75 | 40.69 |
| Discoverer Development | 136.50 | 34.13 |
| Technical Lead (Non ERP) | 159.50 | 39.88 |
| Development (Non ERP) PL/SQL, SQL, Oracle Forms & Reports | 136.50 | 34.13 |

| Database Administration | | |
|---|---|---|
| Non-Apps Environment: | | |
| Tuning, Upgrades, Clones, Backup & Recovery, Installs | 145.00 | 36.25 |
| Apps Environment: | | |
| Upgrades, Clones, Backup & Recovery, Migrations, Installations | 159.50 | 39.88 |
| RAC, Standby/DataGuard, Streams | 159.50 | 39.88 |
| GoldenGate DBA/Architect/DB & Apps Tuning | 190.00 | 47.50 |

| Fusion Middleware | | |
|---|---|---|
| Applications Server  Install, Upgrade, & Config | 162.50 | 40.63 |
| Fusion Middleware Developer | 168.00 | 42.00 |
| Java, Java Service, JSP, HTML, Java Script | 149.00 | 37.25 |
| Oracle Fusion Middleware | 162.50 | 40.63 |
| Fusion Middleware Architect | 185.00 | 46.25 |

| eBusiness Suite | | |
|---|---|---|
| Financials  GL, AP, AR, FA, PO, Cash Mgmt | 168.00 | 42.00 |
| MFG Inv, WIP, BOM, Eng, Cost, Quality | 159.50 | 39.88 |
| HCM, Payroll | 175.00 | 43.75 |
| CRM Sales Online, Mktg, iStore, Service, UMD, CRM Foundation, Telesales, (RICE), Configure Printers, Drivers, SysAdmin, Troubleshooting | 142.50 | 35.63 |
| CRM On Demand, Incentive Comp, Quoting, DQM, Email Ctr, TCA | 168.00 | 42.00 |
| Projects Billing, Costing, Project Management, Resource Management | 175.00 | 43.75 |
| Order Mgt Suite  Order Mgt, Adv. Pricing, Quoting, Shipping | 168.00 | 42.00 |

| Oracle Applications Technical | | |
|---|---|---|
| Install/Configure Daily Business Intelligence | 162.75 | 40.69 |
| Technical Lead | 159.50 | 39.88 |
| Discoverer Administration | 159.50 | 39.88 |
| Dev/Customizations Forms, Reports, Interfaces, Conversions, Extensions, | | |
| OBIEE Architecture and/or Design | 185.00 | 46.25 |
| OBIEE Development/Support | 168.00 | 42.00 |
| Oracle Application Framework Developer | 162.50 | 40.63 |

| Miscellaneous | | |
|---|---|---|
| Senior Solutions Architect | 185.00 | 46.25 |
| Apps Architect | 185.00 | 46.25 |
| DBA/Technical Architect | 185.00 | 46.25 |
| Dev Solution Architect | 185.00 | 46.25 |
| Business Analyst  Provides expert analysis to support tech initiatives | 168.00 | 42.00 |
| OS Administrator | 168.00 | 42.00 |
| Project Management  Lead and manage Client's project initiatives | 185.00 | 46.25 |
| User Productivity Kit Development | 90.00 | 22.50 |

## Collaborative Option

Under this option Client agrees to the following:

a. SmartDog will run WatchDog Diagnostics Monitoring quarterly, and

b. Client will meet with SmartDog quarterly at a designated time convenient to both parties to review activities for the previous quarter and develop plan for the upcoming quarter.

For participation in the SmartDog Collaborative Option, Client will receive a 3% discount on our hourly rates.

## SmartSource Subscription Option

Under this option, the Collaborative Client prepays a fixed amount based upon expected usage and will receive an additional discount.

## On Site Consulting Services

SmartDog also offers project-based Services for on-site engagements on a 'Time and Materials', 'Fixed Price' or 'Shared Risk' basis. These projects are governed by a separate SOW, and typically involve detailed scoping and definition in a joint effort with the Client.

## Fixed Price and Retainer-Based Services

SmartDog provides a number of predefined, fixed price, fixed scope Services:

**Diagnostic Support Services**
Watchdog for eBusiness Suite ..... $3500.00/qtr
Watchdog for Database Technology ..... $1500.00/qtr

**Database Administration and Management Services**
DBA on DEMAND™ Critical Care Monitoring for Core Technologies ..... $20.00/day per instance*
DBA on DEMAND™ Critical Care Monitoring for eBusiness ..... $35.00/day per instance*
*Client pre-authorizes up to 4 hours of work per Critical Care event.

Advanced DBA Retainer Services ..... refer to DBAOD Configuration Checklist
Advanced eBusiness Applications DBA Services ..... refer to DBAOD Configuration Checklist

**SmartDog Service Offering Catalog**
Please refer to the SmartDog Service Offering Catalog for additional Fixed Price, Fixed Scope and Complimentary Offerings.

Additional Services are available upon request.

Vers. 101012



**STATEMENT OF WORK**
*Project Management*

This is an addendum to the Agreement dated July 22, 2013 between CWI, Inc. ("Client") and SmartDog Services, LLC ("SmartDog"), which amends the terms of the said Agreement as provided herein, including but not limited to type of service to be provided, the placement of consultants, extension of not to exceed amounts, and scope of work. In the event of any conflict between the terms of the said Agreement and the Statement of Work ("SOW"), the SOW shall control for the specific Services set forth in the SOW. All other terms of the Agreement shall remain in full force and effect.

## Project Overview

| Client | CWI, Inc. | Project Name | Oracle EBS R12 Re-Implementation Execution |
|---|---|---|---|
| Client Organization | CWI, Inc. | SOW Type | SmartDog Project Management T&M Project |
| Client Project Sponsor | Mark Boggess | | |
| | | | |
| Estimated Start Date | 6/30/2014 | | |
| Target Completion Date | 4/10/2015 | | |

## Background

SmartDog was engaged to determine the best strategy to get Client from the current 11.5.10 version of Oracle EBS Applications to R12 and to develop a recommendation of improvements as part of the effort. SmartDog considered numerous options and, working with Client, developed a roadmap to re-implement the system. Subsequently, during the months of November 2013 through January 2014, SmartDog worked with Client to create the Plan for executing the move from 11.5.10 to R12. Additionally, during the months of February through April 2014, SmartDog worked with Client to complete the project Design.

The Plan and Design comprise a re-implementation of the current applications footprint, as well as implementations of Warehouse Management (WMS) and TeleService to replace Red Prairie and RDC, which are external systems currently interfaced with EBS. During Design a number of Enhancement Requests resulting from requirements gaps were identified and evaluated and were added to the final project scope.

The scope of this SOW enables Client to take the opportunity to concurrently fix current software issues and pain points; replace third-party software and manual processes where practical; update business processes that need to be automated; implement enhancements to reconcile software gaps; and provide a foundation for future business evolution on a single system using the considerable capabilities inherent in Release 12.

Client had asked that the project be split into Planning, Design and Execution phases. This SOW encompasses the Execution of the previously created Plan and Design.

## Definitions

The following definitions have been added to provide clarity to this SOW:

**"Customization(s)"** shall mean any development activity, including but not limited to design and creation of content, to fit client requirements or specific needs.

**"Deliverable(s)"** shall mean the items described as deliverables, goods, software or work products set forth in this SOW.

**"Estimated Total Cost"** shall mean a time and materials estimate for the scope defined. This cost reflects SmartDog's labor only.

**"Project Management"** shall mean a methodical approach to planning and guiding the project from start to finish.

**"SOW"** shall mean the Statement of Work that will describe in detail and provide timelines for the services to be provided by SmartDog.



**STATEMENT OF WORK**
*Project Management*

## Scope of Services

*Scope of work under this SOW includes:*

### EBS Applications Re-Implementation Design

The scope of work is to complete the re-implementation of the following Oracle Applications modules to R12. Existing business processes and configurations will be used where they meet current business needs. Business processes will be changed to better support business needs using R12 functionality where possible within the project budget and timeline. Design for the implementation of the following modules is within the scope of this SOW:

- General Ledger
- Payables
- iExpense
- Receivables
- EBTax
- Cash Mgmt
- Fixed Assets
- Projects (Project Costing to support capital projects)
- Advanced Pricing (only existing processes)
- Inventory
- Warehouse Management System and Mobile Supply Chain Applications (WMS/ MSCA) to replace Red Prairie
- Purchasing (including IProcurement – internal)
- Order Management
- TeleService to support Call Center and replace RDC
- Human Resources (Base setups required to support other EBS modules)

### Reports, Interfaces, Conversions and Extensions (RICE)

The re-implementation project will require that RICE objects be created or retrofitted and tested to support the new R12 environment. Additionally, some RICE objects that currently exist will be eliminated based on new functionality, business processes and/or the removal of external systems, while some new RICE objects may be required to support the upgraded applications and technical environment.

Client currently has an experienced staff of Oracle Analysts and Developers that have been developing and supporting custom reports, interfaces and extensions to the existing Oracle EBS installation. Except for the conversions and Enhancement Requests discussed below, we are assuming that RICE development activities will be delivered by Client's Oracle IT team and are not part of SmartDog's scope of work. This includes, but is not limited to, interfaces to any external systems; custom tables and screens; custom reports; and custom workflows.

SmartDog will provide Development Management resources to manage the overall EBS-related RICE development effort, including the development activities of the Client IT development resources.

### Conversions

SmartDog will specifically provide resources to develop and test the following conversions from EBS 11.5.10 to R12:

| Conversion | RICE ID | Component Name / Approach | Special Parameters |
|---|---|---|---|
| Customers | CWI00 1 | Convert Parties, Customers, Sites, Site Uses, Addresses and Contact Points from Oracle R11 to R12. | • Per completed and approved CV.040 Conversion Functional Design |



**STATEMENT OF WORK**
*Project Management*

| Conversion | RICE ID | Component Name / Approach | Special Parameters |
|---|---|---|---|
| Suppliers | CWI002 | Convert Suppliers and Supplier Sites from Oracle R11 to Oracle R12. Excludes Supplier Attachments. | • Per completed and approved CV.040 Conversion Functional Design |
| Items | CWI003 | Convert Master and Child Organization Items from R11 to R12. Includes item attachments. | • Per completed and approved CV.040 Conversion Functional Design |
| Item Category Assignments | CWI004 | Convert Item Category Assignments from Oracle R11 to Oracle R12 | • Per completed and approved CV.040 Conversion Functional Design |
| Item On-Hand Balances | CWI005 | Convert Item On Hand Balances from Oracle R11 to Oracle R12 | • Per completed and approved CV.040 Conversion Functional Design |
| Stock Locators | CWI030 | Stock Locators Required to support On-Hand balance conversion | • Per completed and approved CV.040 Conversion Functional Design |
| GL Detail History | CWI010 | Convert GL Detail History from Oracle R11 to Oracle R12. Will require mappings and transformations to account for chart of accounts changes. | • Per completed and approved CV.040 Conversion Functional Design |
| AP Invoices with History | CWI012 | Convert paid and un-paid invoices from Oracle R11 to R12 | • Per completed and approved CV.040 Conversion Functional Design |
| AP Invoice Payments | CWI013 | Convert AP Invoice Payments | • Per completed and approved CV.040 Conversion Functional Design |
| Receipts | CWI028 | Open Receipts | • Per completed and approved CV.040 Conversion Functional Design |
| Deposits | CWI029 | Open Deposits | • Per completed and approved CV.040 Conversion Functional Design |
| AR Invoice (Open) History | CWI014 | Convert Open AR Invoices from Oracle R11 to Oracle R12. Includes partially paid invoices. | • Per completed and approved CV.040 Conversion Functional Design |
| AR Invoice (History) | CWI015 | AR Invoice (History) Conversion | • Per completed and approved CV.040 Conversion Functional Design |
| AR Adjustments | CWI016 | Convert AR Adjustments from Oracle R11 to Oracle R12. | • Per completed and approved CV.040 Conversion Functional Design |
| HR Employee | CWI017 | Convert HR Employees from Oracle R11 to Oracle R12. Includes the employee record creation only. Excludes resource creation, buyer creation, user account creation etc. | • Per completed and approved CV.040 Conversion Functional Design |
| Sales Person | CWI018 | Convert Sales People from Oracle R11 to Oracle R12. | • Per completed and approved CV.040 Conversion Functional Design |
| Sales Order | CWI019 | Convert Sales Orders from Oracle R11 to Oracle R12. | • Per completed and approved CV.040 Conversion Functional Design |
| Price List | CWI020 | Convert Price Lists from Oracle R11 to Oracle R12. | • Per completed and approved CV.040 Conversion Functional Design |
| Purchase Order (Standard) | CWI021 | Convert Open and Closed Purchase Orders (including partially open Purchase Orders) | • Per completed and approved CV.040 Conversion Functional Design |
| Purchase Order (Quotations) | CWI023 | Convert Purchase Order Quotations from Oracle R11 to Oracle R12. Convert Active Quotations Only. | • Per completed and approved CV.040 Conversion Functional Design |



**STATEMENT OF WORK**
*Project Management*

| Conversion | RICE ID | Component Name / Approach | Special Parameters |
|---|---|---|---|
| Purchase Order Requisitions | CWI024 | Convert Purchase Requisitions from Oracle R11 to Oracle R12. Includes standard and internal requisitions. | • Per completed and approved CV.040 Conversion Functional Design |
| Attachments Conversion | CWI026 | Convert Purchase Order (Header & Line), Requisition (Header & Line), Item, AP Invoice (Header), Tax Certificate Attachments from Oracle R11 to Oracle R12. Between 10 and 15 million attachments | • Per completed and approved CV.040 Conversion Functional Design |

*Enhancement Requests*

SmartDog will specifically provide resources to design, develop and test the following Enhancement Requests that were identified as gaps during Design:

| Enhancement Request | RICE ID | Description and Notes |
|---|---|---|
| Enable Vendor Audit and Report | CWI600 | • Ability to audit and report on changes made to Supplier details<br>• SOX requirement<br>• Enable Audit Trail and Custom Apex Report<br>• Solution will involve creating Materialized View to capture required Vendor Data.<br>• Audit tables only show changes field by field.<br>• Also need to create Apex form for user to access data |
| Add W9 Form to Check Print | CWI601 | • Ability to send W 9 forms to the vendor, along with the check, if the vendor W 9 details are not setup in the system.<br>• Will leverage custom process already developed by CWI as part of cancelled Good Sam 11i implementation. Will need to be ported to R12.<br>• Dependency upon CWI completing the new R12 Check First before SDS can add the W9 Piece. |
| AP Approval Workflow for Scanned Invoices | CWI602 | • Detailed Requirements unknown, this is a bucket of hours to handle workflow/AME changes to support Invoice Approval<br>• Design will be mutually agreed upon against existing budgeted hours prior to commencement of development |
| Sales Journal Report | CWI603 | • Ability to segregate the credit customers from cash and carry customer for reporting purpose |
| Transaction Register Report | CWI604 | • Ability to segregate the credit customers from cash and carry customer for reporting purpose |
| Billing History Report | CWI605 | • Ability to segregate the credit customers from cash and carry customer for reporting purpose |
| Unapplied Receipt Report | CWI606 | • Ability to segregate the credit customers from cash and carry customer for reporting purpose |
| Receipt Register Report | CWI607 | • Ability to segregate the credit customers from cash and carry customer for reporting purpose |
| 4 Bucket Aging Report | CWI608 | • Ability to generate separate Aging Report for Credit Customers from cash and carry customers.<br>• Aging reports are built using Dynamic SQL which makes this change more complicated. |
| 7 Bucket Aging Report | CWI609 | • Ability to generate separate  Aging Report for Credit Customers from cash and carry customers |
| Prevent Tax Re-calculation for Order Import from Web and POS | CWI610 | • Ability to import tax details for transactions originating in POS and Web and prevent recalculation of tax in Oracle |





**STATEMENT OF WORK**
*Project Management*

| Enhancement Request | RICE ID | Description and Notes |
|---|---|---|
| PaymentTech > Oracle EBS > Eigen Integrations | CWI611 | • Covers Integrations between EBS and PaymentTech and EBS and Eigen. |
| Gift Card Integration to/from EBS | CWI612 | • Ability to process gift card payments for orders imported from Order Management/TeleService<br>• The Gift Card integration will need to be set up to take care of this requirement |
| Bill Me Now & PayPal Integration to/from EBS | CWI613 | • Ability to integrate with PayPal<br>• Ability to integrate with Bill me Later system |
| Teleservice Contact Center - Allow Query by Good Sam Membership Number | CWI614 | • Must be able to query by Good Sam Membership # from TeleService Screens<br>• Suggested solution 'Customize the form to query by Good Sam Membership #' may not be possible without invasive customizations to the standard form.<br>• Estimate is for Popup form to allow CSR to Query on GSE Membership # |
| Membership Information Display Form (Contact Center and Create Form) | CWI615 | • Must be able to see all membership information<br>• Leverage the custom tab in contact center and create a view to the custom table created by CWI that stores membership information<br>• This May Need to be a Popup Window rather than a new Tab<br>• Assumes custom table exists and contains all data required for the View<br>• Excludes code to populate the Custom Table |
| Item Portal - Mass Upload New Items | CWI616 | • Create Apex Page to Allow Upload Directly to temp Table by End User<br>• Secure Page by EBS Form Function<br>• Launch Concurrent Programs<br>• Screen to monitor Progress of Concurrent Programs<br>• Screen to Review status of newly created Items<br>• Make changes to existing Upload programs and tables to add additional attributes. |
| Item Portal - Mass Update New Items | CWI617 | • Create Apex Page to Allow Upload Directly to temp Table by End User<br>• Secure Page by EBS Form Function<br>• Create new tables and Concurrent Program to perform mass update of items<br>• Incorporate existing functionality to update Min/Max for items<br>• Launch Concurrent Programs<br>• Screen to monitor Progress of Concurrent Programs<br>• Screen to Review status of updated Items |
| Item Portal - Manual Items | CWI618 | • Create a Portal for users to view, create and update item information.<br>• Allow Create/Update for the Following Entities: Item, Sourcing Rules, Quotation (Costs), Min Max Levels, Cross References, UDF Fields, Categories, ASL<br>• Secure Tabs by User<br>• Accommodate Basic Approval Steps |
| WFM Labor Reporting data extract | CWI619 | • Depends on WFM system review of requirements.<br>• Map/Gap needed to new functionality in Oracle Labor management Tools in Pick Wave Workbench & Warehouse Control Board to see if requirement is still needed<br>• Design will be mutually agreed upon against existing budgeted hours prior to commencement of development |

Confidential – Not for distribution without written permission by SmartDog Services, LLC<br>Vers 022513JJ-070114_1000



STATEMENT OF WORK
*Project Management*

| Enhancement Request | RICE ID | Description and Notes |
|---|---|---|
| FSG Format Migration Assistance | CWI620 | • To facilitate setting up Financial Statements (FSG's) in R12<br>• 372 Reports, 38 Row Sets, 157 Column Sets, 9 Content Sets<br>• Move FSG's from R11 to R12 without account details (just formatting)<br>• Write scripts to extract the FSG definitions from R11 in a format that can be used to create data loaders for loading into R12.<br>• Once the initial R12 definitions are created, the standard FSG migration tool can be used. |
| Sales Order Form Personalizations - Warehouse, Extended Warranty, Shipping Method | CWI621 | • A warehouse will automatically default on the sales order line. But in the situation there is no inventory on that sales order line the system needs to check if inventory is available in the other warehouse. Need to call Global ATP API<br>• Pop up notes will notify the user if an item is eligible for an extended warranty.<br>• When call center creates an order they can only source the east coast and west coast warehouses<br>• OM-32 Must be able to limit shipping method by item like Destination and Item Attribute |
| OM Picking/Packing Slip | CWI622 | • This includes R12 remediation effort for upgrade as this is an existing report. |
| Membership Number Repository table from AGIS and APEX front end to load/view | CWI623 | • Customer service has the capability to sell Good Sam membership through RDC. When a membership is sold RDC generates a Good Sam membership #. This number could change after interfacing with AGIS.<br>• Includes forms Personalization or Workflow to generate unique sequence and populate custom table.<br>• Apex form to view data in custom table. |
| Shipping Matrix Changes | CWI624 | • RDC leverages a shipping matrix to calculate the customer's price for shipping per order based on items on the order. This functionality must be duplicated in Oracle.<br>• Custom Program and Custom Form |
| Popup notes should appear for customers on fraud alert | CWI625 | • A form personalization will be created to generate a pop up message to the call center user when a customer is marked as fraudulent alert.<br>• A form personalization will also be created to prevent order creation for customers on fraud alert. |
| Complex Hold Rules | CWI626 | • Must be able to create holds with complex rules and criteria<br>• Solution includes custom table, custom form, PL/SQL program to assess if rule is met and popup message to let user know rule has been broken.<br>• Suggest form could be developed in Apex. |
| Customer Part Sales Interface to Purchasing | CWI627 | • CWI will sell parts to customers. These items typically are not warehoused and therefore have no SKU#.<br>• Currently using generic SKU#.<br>• CSR must call vendor to get a cost.<br>• This cost must be entered onto the sales order and must be used on the purchase order.<br>• Assumes we are only updating PO Attributes not creating a new PO. |



| Enhancement Request | RICE ID | Description and Notes |
|---|---|---|
| Good Sam Pricing Qualifier | CWI628 | • Upon selling or renewing a Good Sam membership the system should recognize this and automatically calculate the correct price (provide Good Sam price vs standard price)<br>• Assumes creation of a PL/SQL Package and Function to be called by Pricing.<br>• Assume data is available in CWI's Custom Table. |
| Prevent Sales Tax Re-Calculation on Order Import | CWI629 | • Must be able to import sales orders from POS and internet with sales tax information without having the system recalculate tax |
| Interface Customer Email to AR Invoice | CWI630 | • Need to have customer email on the order, preference is to have it on the invoice as well.<br>• Need to develop a PL/SQL program and concurrent program<br>• This program will process records in Auto Invoice Interface table and update customer email addresses on DFF before Auto Invoice Runs. |
| EBS > Loftware Interface | CWI631 | • Interface Label Data to Loftware |
| Packing List for Stores | CWI632 | |
| Bill of Lading for Stores | CWI633 | |
| Add Bursting Functionality for PO Printing | CWI634 | • Analysis to add bursting. |
| Email Multiple Purchase Orders to Vendor | CWI635 | • Ability to select multiple PO's to email to vendor.<br>• Std functionality is to select PO's one-at-a-time.<br>• Re-send multiple e-mails to vendor.<br>• 2-3 times per week and quarterly rebates.<br>• New custom APEX Screen to select multiple PO's to e-mail<br>• Solution will Require Apex Form top Select POs and Vendors and a PL/SQL API to initiate the API to send the email.<br>• Assumes the Email Template etc. already exists. |
| Pricing Update and Creation | CWI636 | • CWI129,130,131,132,133,136,137 - These Concurrent Programs can be done away with but the packages need to exist to be used with APEX form.<br>• The current process to update and create new pricing for promotions is extremely labor intensive, involves several people, custom concurrent jobs and very little security within the process. They would like a simpler process that has additional security built in with a single unified view for all users.<br>• Build Notes: Apex Excel Load Function, Apex Form Security, Apex Form to Query and review Item Prices, Apex form to allow updates to Item Prices. PL/SQL Package to validate data, PL/SQL Program to update Pricing (shared by Mass Load and Single Update). |
| AP Aging Report for Particular Date | CWI637 | • Ability to generate the ageing report as of a particular date – future and past.<br>• The standard Aging report will need to be modified to take care of this requirement. |
| AP Invoice Upload Web ADI Integrator | CWI638 | • Ability to upload AP Invoice using Web ADI template<br>• A custom Web ADI template is being developed as part of the GSE 11i implementation. The same will have to be retrofitted to work with R12.<br>• Assumes R11 Integrator is Complete and Working. |



**STATEMENT OF WORK**
*Project Management*

| Enhancement Request | RICE ID | Description and Notes |
|---|---|---|
| Sales Order Workflow | CWI639 | • Emails must be sent to the customer for order placement, order shipment, backorder, sold out situations, RMA receipt, and credit generation<br>• Modify the content from what is being sent today.<br>• Need to keep the SO open for 90 days to allow for product return period.<br>• Must be able to add a bill online with payment information to an existing order<br>• Need to change Header and Line Workflow. OM-13 includes multiple touch points to the workflow which will take time as we have to copy standard workflow process to create custom one |

*Out of scope work for this statement includes:*

1. Good Sam or any other subsidiary beyond Client
2. Creation or cloning of instances beyond GOLD and CRP1
3. Implementation of Advanced Compression or Partitioning
4. Development items other than those explicitly documented in this SOW

**Change Management Process**

Additional work which is identified during the course of the project can be either included or excluded from this scope, provided that a change order documenting the change is created by the SmartDog Project Manager and provided to the Client Project Sponsor. Client shall review all change order requests within three (3) business days after SmartDog's submission to give feedback or approval. All change order approvals by Client shall be submitted in writing. Notwithstanding the foregoing, if client fails to either accept or reject the change order in writing within three (3) business days, such change order shall be deemed rejected.

**Project Management**

SmartDog shall be responsible for Project Management of this SOW.

**Approach**

*Methodology*

SmartDog uses a comprehensive upgrade and implementation methodology that has been successfully utilized for a number of our customers. This AIM (Application Implementation Methodology) and OUM (Oracle Unified Method)-based methodology provides a baseline that we have customized based on years of experience with Oracle EBS. It provides us the ability to successfully meet our customers' unique requirements while ensuring that key activities are not overlooked.





Note that the Planning phase has already been completed. Following is a discussion of our implementation methodology, which is divided into phases:

| Project Phase | Objectives | Main Activities |
|---|---|---|
| Planning (already completed) | • Evaluate the scope of the upgrade from a technical and functional perspective<br>• Determine where R12 can be leveraged to increase value to the organization<br>• Determine Project Goals<br>• Validate Scope and Approach<br>• Define Roles and Responsibilities<br>• Project Planning | • Evaluate technical environment including automated diagnostics<br>• Determine condition of upgrade prerequisites and evaluate upgrade versus re-implement<br>• Analyze infrastructure, current state apps footprint, high-level RICE, and current state foundation structure<br>• Conduct High-Level Functional Workshops –<br>  • Determine pain points<br>  • Understand future growth plans<br>  • High-level fit/gap analysis<br>  • High-level process design/redesign requirements<br>• Design future-state R12 functional foundation<br>• Provide Resource Plan and Cost Estimates<br>• Create Project Work plan<br>• Verify Scope, Objectives and Approach<br>• Define Project Team<br>• Determine RICE requirements |
| Design (partially completed) | • Create initial Technical Environments<br>• Functional Design of Applications Configurations to Meet Business Requirements via requirements gathering and gap analysis<br>• Functional Design of Interfaces, Conversions and other RICE (only Conversion RICE designs have been completed) | • Purchase and Install Servers and System Software (not completed)<br>• Implementation of Vision Instance (not completed)<br>• Implementation of the R12 GOLD Instance (not completed)<br>• Conduct detailed Business Process Workshops<br>• Create Project Management Plan and Work-plan<br>• Determine detailed functional requirements<br>• Identify gaps between application versions and determine dispositions<br>• Create future business process flows for processes that will change with R12<br>• Create RICE initial functional designs |
| Build | • Define Application Configuration Requirements<br>• Technical Development of Interfaces, Conversions and Reports<br>• Conference Room Pilots<br>• Refine and Finalize Application Setups | • Conduct configuration of CRP environments<br>• Identify Test Scenarios and Test Scripts for Conference Room Pilot (CRP)<br>• Conduct two CRP's (walk-through and testing of core applications setup decisions)<br>• RICE Functional Design for Enhancement Requests<br>• RICE Functional Design for non-conversion RICE (CWI IT items)<br>• RICE technical design, development and unit testing |



**STATEMENT OF WORK**
*Project Management*

| Project Phase | Objectives | Main Activities |
|---|---|---|
| Integration Test | • First test of end-to-end business processes<br>• First test to include RICE, including converted data and interfaces to external systems<br>• Initial look at data conversion time requirements and downtime requirements | • Configuration of environment for Integration Test<br>• Conduct Integration Test<br>• Conduct Integration Test issues mitigation<br>• Revise test conditions and test scripts for use in User Acceptance Test (UAT) |
| User Acceptance Test (UAT) | • Last full test of system<br>• Mock Cutover<br>• User certification of system for Go-Live | • Configuration of UAT Environment<br>• Execute Mock Cutover<br>• Conduct UAT<br>• Conduct UAT issues mitigation<br>• Go/No Go decision |
| Transition | • Prepare for Go Live<br>• End-User training<br>• Cutover to Oracle EBS | • Train end-users<br>• Configuration of Production system<br>• Go-Live |
| Production Support | • Stabilize Production System<br>• Ensure production system is meeting business needs<br>• Provide ongoing support as needed<br>• Complete knowledge transfer process and training | • Support Production System<br>• Support for Accounting and Inventory through first monthly close<br>• Support for end of year Physical Inventory<br>• Issues Monitoring and Mitigation<br>• Training Follow-Up As Needed<br>• Develop Ongoing Support Plan<br>• Hand over production support to Client |

### Training

There are three main populations that will require training during this project:

1. Technical/IT Team
2. Project Subject Matter Experts (SME's)
3. End Users

A key advantage that affects the way training is delivered is the prior experience that Client personnel have working with Oracle EBS and the processes built around EBS. This means that the training will need to be structured to address differences between the current and future state, versus training people who have not been exposed to the product, which would require training from ground zero, with the only exception being those that will be using WMS and TeleService.

### Technical/IT Team

The IT team has considerable experience both supporting the current Oracle Applications architecture and developing within the Oracle Applications Framework. However, R12 has a different technical architecture and interface tables have changed within the application. Some formal workshops have been delivered to specific resources with specific gaps in knowledge, but in general, this team may best be suited to obtain R12 knowledge via further mentoring by SmartDog consulting experts during the course of the project and review of Oracle documentation and whitepapers.

### Subject Matter Experts

SME's will be an integral component throughout the project. As such, they play a key role in training.

The plan is for SME training to be reinforced throughout the remainder of the project as they participate fully in project activities including:

- Test Script Creation
- Testing
- Issues Resolution

Confidential – Not for distribution without written permission by SmartDog Services, LLC
Vers 022513jj-070114_1000






By the end of the UAT, the SME's should be experts on Oracle EBS within the CWI business environment, which is a prerequisite for their participation in End-User Training.

*End-User Training*
In contrast to SME Training, End-User Training will occur after UAT and before Go-Live with a more formal training approach. The plan calls for SmartDog consultants and CWI SME's to share responsibility for delivering End-User Training – SDS Consultants as the Oracle experts and Client SME's as the business process experts.

The formal training approach will include a Training Plan. SmartDog and Client will jointly participate in the development of the training manuals and other necessary materials, including the use of Oracle User Productivity Kit. This formal training, conducted prior to go-live, will be delivered via the appropriate training delivery method for each training subject according to the Training Plan. These delivery methods can include:

| | |
|---|---|
| Classroom Training | Face-to-face interaction with SME's/Consultants and other students in a typical classroom setting |
| Live Virtual Training | Online Live Virtual Class delivers training that is comparable to traditional classroom courses |
| Training On-Demand | Traditional classroom training and makes it available in a video based, on-line format |
| Private Training | Employees who need the same training and can train together and/or content can be customized to specific TIC needs |
| Self-Study | Same content as instructor-led courses – self study format |

SMART[🐕]DOG

STATEMENT OF WORK
*Project Management*

*Implementation Timeline*

The bulk of the Execution work will occur over an 8 month timeline. The start date will be determined by Client and SmartDog and will likely be driven, in part, by the time required to get the Client Subject Matter Experts identified and engaged to support the initial training and design activities. The following chart outlines the timeline by phase:

Confidential – Not for distribution without written permission by SmartDog Services, LLC
Vers 022513lj-070114_1000

SMART DOG

STATEMENT OF WORK
*Project Management*

**Key Deliverables**

The following Deliverables will be created during the course of the project:

| Phase | Deliverables | Description | Primary Responsibility | Secondary Responsibility |
|---|---|---|---|---|
| Design Phase (Partially completed) | CR.010 Project Management Plan | • Establish Scope, Objectives & Approach and Create Project Work Plan | SmartDog | Client |
| | WM.020 Project Plan | • Project Plan (Created during Planning, Refined during Design) | SmartDog | Client |
| | Oracle Instance Strategy | • Instance Plan & Strategy to align with architecture to ensure HW and storage configuration can support project milestones | SmartDog | Client |
| | Documented Implementation Sequence | • Refine systems infrastructure based on defined Hardware<br>• Update technical architecture documentation with the implementation path as it is developed and tested | SmartDog | Client |
| | RD.030 Business Requirements & Gap Analysis | • Scope & Map Business Requirements, Perform Fit/Gap Analysis, Perform Functional Design | SmartDog | Client |
| | CV.010 Data Conversion Requirements and Strategy | • Strategy and plan for testing Data Conversions | SmartDog | Client |
| | BP.080 Future State Business Flows | • For new business processes or those that have changed | SmartDog | Client |
| | CV.070 Conversion Test Plans | • Identifying Test Scenarios for Conversions | SmartDog | |
| | CV.040 Conversion Program Designs | • Functional Design of Conversions | SmartDog | |
| | MD.050 Application Extension Functional Designs for Non-Conversion RICE (not completed) | • Functional Design of Non-Conversion RICE | Client | |
| | Oracle Vision Instance (not completed) | • Implementation of Oracle Vision Instance | Client | |
| | Oracle DEV Instance (not completed) | • Initial DEV Instance, which is a copy of Vision | Client | |



SMART🐾DOG

STATEMENT OF WORK
*Project Management*

| Phase | Deliverables | Description | Primary Responsibility | Secondary Responsibility |
|---|---|---|---|---|
| | CR.010 Project Management Plan *(will be revised with new scope and timelines)* | • Establish Scope, Objectives & Approach and Create Project Work Plan | SmartDog | Client |
| | WM.020 Project Plan *(will be revised with new scope & timelines)* | • Project Plan (Created during Planning, Refined during Design) | SmartDog | Client |
| | Oracle Instance Strategy *(will be revised with new scope & timelines)* | • Instance Plan & Strategy to align with architecture to ensure HW and storage configuration can support project milestones | SmartDog | Client |
| | TE.010 Testing Requirements and Strategy | • Plan for Integration and User Acceptance Testing | SmartDog | Client |
| | MD.050 Application Extension Functional Designs for Non-Conversion RICE | • Functional Design of Non-Conversion RICE | Client | |
| | MD.050 Application Extension Functional Designs for Non-Conversion RICE | • Functional Design of Non-Conversion RICE for Enhancement Requests | SmartDog | |
| Build Phase | Oracle Vision Instance (not completed) | • Implementation of Oracle Vision Instance | Client | |
| | Oracle DEV Instance (not completed) | • Initial DEV instance, which is a copy of Vision | Client | |
| | Oracle GOLD Instance (GOLD) | • New Implementation | SmartDog | Client |
| | Oracle CRP1 Instance | • Test Instance to be used for CRP1 – cloned from GOLD | SmartDog | Client |
| | Oracle CRP2 Instance | • Test Instance to be used for CRP2 – cloned from GOLD | Client | |
| | Oracle DEV Instance | • Replacement of DEV instance with Clone of GOLD | Client | |
| | Oracle CNV Instance | • Test Instance Created from Clone of GOLD | Client | |
| | CV.060 Conversion Program Designs | • Technical Designs for Conversion Programs | SmartDog | |
| | MD.070 Application Extension Technical Design | • Technical Design of non-conversion RICE | Client | |
| | MD.120 Installation Routines and Code Packs | • Installation Technical Objects<br>• Instruction from Developer on how to install Technical Objects | SmartDog<br>Client | |
| | BR.100 Application Setup Documents | • Document System Configurations and Setups | SmartDog | Client |
| | Responsibility and Security Matrix | • Identification & Assignment of Oracle Responsibilities to users | Client | SmartDog |

SMART🐶DOG

**STATEMENT OF WORK**

*Project Management*

| Phase | Deliverables | Description | Primary Responsibility | Secondary Responsibility |
|---|---|---|---|---|
| | CRP Test Scenarios | • Initial testing of core business processes within an R12 instance<br>• Joint testing | SmartDog<br>Client | |
| | TE.040 Test Scripts | • Identifying Test Scenarios and Creating Test Scripts | SmartDog<br>Client | |
| | Training Plan | • Formal Plan for End-User Training | SmartDog | Client |
| Integration Test | System Integration Testing Scenarios and Scripts | • Joint System Integration Testing & Issues Resolution<br>• Client Sign-Off | SmartDog<br>Client | |
| | Oracle INT Instance | • Creation of INT instance with copy of GOLD after GOLD is used for Integration test | Client | |
| | GOLD Refresh | • Refresh of GOLD from Backup created before Integration Test | Client | |
| | UAT Scenarios and Scripts | • Conduct User Acceptance Testing & Issues Resolution | SmartDog<br>Client | |
| UAT | Oracle UAT Instance | • Creation of UAT instance with copy of GOLD after GOLD is used for UAT | Client | |
| | GOLD Refresh | • Refresh of GOLD from Backup created before UAT | Client | |
| | CR.080 Acceptance Certificate | • Certify System for Go-Live<br>• Client Sign-Off | SmartDog<br>Client | |
| Transition Phase | Production Cutover Plan | • Create Detailed Cutover Plan | SmartDog | Client |
| | Training Materials | • Documentation to facilitate End-User Training | SmartDog<br>Client | |
| Production Phase | PROD Instance | • Build Production Instance from GOLD | Client | |

Confidential – Not for distribution without written permission by SmartDog Services, LLC
Vers 022513jj-070114_1000



STATEMENT OF WORK
*Project Management*

## Roles and Responsibilities

| Organization | Role | Responsibilities |
|---|---|---|
| Client | Executive Sponsor | • Serves as the Client champion for the project and ensures that organizational buy-in and support exists throughout the effort<br>• Demonstrates executive support from Client organization<br>• Resolves escalated issues<br>• Serves as the executive liaison between the SmartDog engagement team and Client<br>• Reviews and approves change orders within the agreed upon timeframe<br>• Provides final project acceptance |
| Client | Project Manager | • Provides co-ownership of managing the project along with the SmartDog Project Manager<br>• Provides day-to-day leadership and coordination for the Client team and ensures timely completion of assignments within schedule<br>• Participates in weekly status meetings with SmartDog's Project Manager<br>• Coordinates meetings, interviews and schedules with Client personnel<br>• Responsible for coordinating and managing Client's development activities in order create RICE objects owned by the Client<br>• Resolves project issues and facilitates issue escalation to the Executive Sponsor<br>• Assists in the development of a detailed work plan for the project<br>• Assists in Monitoring the overall project progress against the project plan and keeps the project on track<br>• Primary responsibility for communication to keep end-users and stakeholders adequately informed<br>• Manages all requests for change from the project plan and escalates to the Operational Executive Sponsor when necessary<br>• Scheduling and tracking of Client resources for all project activities including workshops, process design, testing, and training.<br>• Shared responsibility for Project Management Deliverables<br>• Secondary responsibility for the project plan |



STATEMENT OF WORK
*Project Management*

| Organization | Role | Responsibilities |
|---|---|---|
| Client | Functional Subject Matter Experts (SME's) <br> • Financials <br> • Purchasing <br> • Order Management, Pricing and Customer Service <br> • Warehouse Management and Inventory <br> • | • Participates in Design workshops to design the future state process under Oracle Applications <br> • Co-owns creation and maintenance of test scripts <br> • Primary support contact for assigned functional area <br> • Coordinates support from SmartDog functional analysts as needed <br> • Accountable for the overall business direction and procedures for their assigned end-to-end business process/track <br> • Approves project deliverables and work products <br> • Helps the Client PM coordinate module-specific testing <br> • Verifies and tests cross-system business processes and applications <br> • Communicates process changes and activities within the Client organization <br> • Co-owns the creation of training materials for end users <br> • Conducts end user training with SmartDog Analysts and Client IT Analysts <br> • Primary responsibility for assigning Responsibilities to users <br> • Primary deliverable responsibility for: <br>   ▪ CRP testing <br>   ▪ Integration testing <br>   ▪ Integration test sign-off <br>   ▪ UAT Testing <br>   ▪ UAT sign-off <br> • Secondary deliverable responsibility for: <br>   ▪ Functional design and setup documents <br>   ▪ Functional workshop outcomes and recommendations <br>   ▪ Production functional setups <br>   ▪ Future state process flows <br> • Make recommendation to leadership team for a Go/No Go into production |



**STATEMENT OF WORK**
*Project Management*

| Organization | Role | Responsibilities |
|---|---|---|
| Client | IT Analysts | <ul><li>Participates in Design workshops to design the future state process under Oracle Applications</li><li>Primary responsibility for Design, Development and Unit Testing of non-conversion RICE (Reports, Interfaces and Customizations)</li><li>Assists in configuration and testing of assigned functional areas</li><li>Assists the functional team with troubleshooting application & integration issues</li><li>Co-owns creation and maintenance of test scripts for assigned functional areas</li><li>Primary support contact for assigned functional area</li><li>Helps the Client PM coordinate module-specific testing</li><li>Verifies and tests cross-system business processes and application</li><li>Co-owns the creation of training materials for end users</li><li>Conducts end user training with SmartDog Analysts and Client SME's</li><li>Communicates process changes and activities within the organization</li><li>Assists the DBA with any SRs/Questions/Functional tasks</li><li>Co-owns creation of test scenarios to support testing iterations with the Client SME's and SmartDog Analysts</li><li>Primary responsibility for assigning Responsibilities to users</li><li>Primary deliverable responsibility for:<ul><li>CRP testing</li><li>Integration testing</li><li>Integration test sign-off</li><li>UAT Testing</li><li>UAT sign-off</li></ul></li><li>Secondary deliverable responsibility for:<ul><li>Functional design and setup documents</li><li>Functional workshop outcomes and recommendations</li><li>Unit testing application configurations</li><li>Production functional setups</li><li>Future state process flows</li></ul></li><li>Make recommendation to leadership team for a Go/No Go into production</li></ul> |



STATEMENT OF WORK
*Project Management*

| Organization | Role | Responsibilities |
|---|---|---|
| Client | OS Administrator | <ul><li>Administers application and database server hardware and software</li><li>Monitors system performance</li><li>Advises on system design and the use of system resources</li><li>Provides administrative support</li><li>Configures hardware and software components</li><li>Configures server hardware</li><li>Installs and configures operating system software</li><li>Configures networking components at OS</li><li>Plans and configures shared storage</li><li>Plans and maintains OS backups</li><li>Participates in project planning</li><li>Providing root access support as necessary</li></ul> |
| Client | Applications DBA | <ul><li>Hardware Provisioning and Architecture</li><li>Backup Recovery Testing</li><li>Configuring and coordinating Backups and associated infrastructure</li><li>Build, testing and validating disaster recovery, if required</li><li>Responsible for all development team code deployments</li><li>Support all Client desktop issues</li><li>Printer setups and testing</li><li>Validates end user system requirements</li><li>Cloning of new upgraded instances to support project activities Performs all Legacy system (11.5.10) clones</li><li>Performs Oracle Applications System Administrator responsibilities including User and Responsibility Administration</li><li>Coordinates all client side IT technical needs</li><li>Rollout of all known performance fixes to Applications Technology Stack after initial GOLD install</li><li>Rollout of all patches known to resolve product issues on top of current release towards goal of achieving a stable environment after initial GOLD install</li><li>Rollout of certified PSU and Critical Patch set updates for the latest stable version of the database after initial GOLD install</li><li>Configures all database and application monitoring as needed for project and post production support</li></ul> |



STATEMENT OF WORK
*Project Management*

| Organization | Role | Responsibilities |
|---|---|---|
| Client | Development Manager | • Responsible for managing the delivery of technical deliverables owned by the Client<br>• Responsible for providing timely and accurate information regarding boundary systems<br>• Responsible for providing details of development standards and processes used by the Client<br>• Responsible for reviewing and approving documentation for development items owned by the Client |
| Client | Developer | • RICE (Reports, Interfaces, Extensions) analysis and development<br>• Analyzing the Functional Designs (MD050)<br>• Developing the Technical Designs (MD070)<br>• Developing the code to meet the design specs<br>• Develop Unit Test Plans (TE020) & Unit test the RICE objects<br>• Develop deployment code packs and documentation (MD120)<br>• Support go-live activities<br>• Conduct peer reviews of other developer's code |
| Client | Network Administrator | • Configures network components<br>• Administers the network<br>• Assigns server IP addresses<br>• Configures networking components<br>• Configures private interconnects<br>• Configures virtual IPs<br>• Network load balancing configuration<br>• Participates in project planning |
| Client | Desktop Administrator | • Configures Client workstations<br>• Administers connectivity to the network<br>• Installs client software<br>• Participates in project planning |
| Client and SmartDog | Steering Committee | • Provides global and cross-organizational executive support to the project team<br>• Meets on periodic basis to review status, key issues and serve as visible sponsoring body for design, follow-on implementation and adoption<br>• Serves as committee to review business requirements and technical solution<br>• Will be responsible for ensuring:<br>  ▪ Key project decisions are made on a timely basis<br>  ▪ Removes any barriers identified by Project Managers<br>  ▪ Client personnel constraints are not affecting the implementation |

SMART🐾DOG

| Organization | Role | Responsibilities |
|---|---|---|
| SmartDog | Executive Sponsor | • Serves as SmartDog's executive liaison with Client<br>• Approves contract terms and conditions, and resolves escalation issues<br>• Final oversight of SmartDog Project Team |
| SmartDog | Project Manager | • Provides day-to-day leadership and coordination for the SmartDog team and ensures timely completion of assignments within schedule<br>• Runs weekly status meetings with Client's Project Manager<br>• Coordinates meetings, interviews and schedules with SmartDog personnel<br>• Resolves project issues and facilitates issue escalation to the Executive Sponsors and Steering Committee<br>• Primary responsibility for development of a work plan for the project<br>• Monitors the overall project progress against the project plan and keeps the project on track<br>• Secondary responsibility for communication to keep end-users and stakeholders adequately informed<br>• Manages all requests for change from the project plan and escalates to the Executive Sponsor when necessary<br>• Scheduling and tracking of SmartDog resources for testing and training<br>• Primary responsibility for Project Management deliverables |
| SmartDog | Development Manager | • Managing the development scope and resources for RICE directly related to EBS<br>   ◦ Ensures that the proper resources are assigned to the appropriate tasks to leverage the resources skills<br>   ◦ Works closely with the project manager to ensure that the functional and technical teams are in sync<br>• Provide estimates for all EBS-related development activities<br>• Owner of the development plan<br>• Responsibility for quality and on-time delivery of EBS-related technical deliverables<br>• Ensure systems and processes are in place to facilitate technical delivery<br>• Coordinates design and code sign off<br>• Address escalations of development Deliverables |



| Organization | Role | Responsibilities |
|---|---|---|
| SmartDog | Functional Analysts<br>• Financials<br>• Call Center/ Telesales<br>• Order Management & Adv Pricing<br>• Warehouse and Shipping<br>• Procurement and Inventory | • Conducts R12 "Bootcamps" to provide training to Client SME's on R12 functionality<br>• Conducts Design workshops to design the future state process under Oracle Applications<br>• Co-owns the creation and maintenance of test scripts for assigned functional areas<br>• Secondary support contact for assigned functional area<br>• Creates project deliverables and work products<br>• Helps the Project Managers coordinate module-specific testing<br>• Assists in testing and verification of cross-system business processes and applications<br>• Co-owns the creation of test scenarios to support testing iterations<br>• Co-owns the creation of training materials with Client IT Analysts and SME's<br>• Assists in end-user training<br>• Primary deliverable responsibility for:<br>  ▪ Functional design and setup documents<br>  ▪ Functional workshop outcomes and recommendations<br>  ▪ Production functional setups<br>  ▪ Future state process flows<br>• Secondary deliverable responsibility for:<br>  ▪ CRP testing<br>  ▪ Integration testing<br>  ▪ Integration test sign-off<br>  ▪ UAT Testing<br>  ▪ UAT sign-off<br>• Assists the DBA with any SRs/Questions/Functional tasks<br>• Makes recommendation to leadership team for a Go/No Go into production |
| SmartDog | Lead Developer | • Technical Solution Architect for Oracle EBS<br>  ▪ Determines the direction of the technology to leverage to meet the requirements<br>  ▪ Ensures that the overall solution leverages as much re-use as possible<br>  ▪ Leads the technical design sessions<br>• Quality Assurance<br>  ▪ Design review to ensure that the designs meets SmartDog's design standards<br>  ▪ Code review to ensure that the code follows Oracle's Application development standards<br>• Provide guidance to developers and coordinate Go Live Activities<br>• Approver of all RICE Functional Designs<br>• Assist functional team in determining technical impact of RICE |



**STATEMENT OF WORK**
*Project Management*

| Organization | Role | Responsibilities |
|---|---|---|
| SmartDog | Developer | • Conversion analysis and development<br>• Analyzing the Conversion Functional Designs (CV.040)<br>• Developing the Conversion Technical Designs (CV.060)<br>• Developing the code to meet the design specs<br>• Develop Unit Test Plans (TE020) & Unit test the conversion objects<br>• Develop deployment code packs and documentation (MD120)<br>• Support go-live activities related to conversions<br>• Conduct peer reviews of other developers' code |
| SmartDog | Applications DBA | • Assist in architecture design<br>• Perform initial installation of R12 instance (GOLD) and document<br>• Rollout of all known performance fixes to Applications Technology Stack for GOLD install<br>• Perform fist clone of R12 environment (CRP1)<br>• Rollout of all patches known to resolve product issues on top of current release towards goal of achieving a stable environment for initial GOLD install<br>• Rollout of certified PSU and Critical Patch set updates for the latest stable version of the database for initial GOLD install<br>• Provide certified Operating system requirements for Oracle Technology Stack<br>• Knowledge Transfer – Implementation and Cloning; best practices for patching<br>• Provide as needed guidance to Client System Administrator and DBA resources<br>• Assist in design of Partitioning and Advanced Compression |

**Overall Client Responsibilities.** In addition, Client agrees to provide assistance, cooperation, information, equipment, data, a suitable work environment, access to Client's systems and resources reasonably necessary to enable SmartDog to perform the Services. Client acknowledges that SmartDog's ability to provide Services as set forth herein may be affected if Client does not provide this reasonable assistance.

**Project Assumptions**

Overall:
- Key Deliverables will be signed off on a timely basis. Delays in key sign-offs may impact the project timeline and budget.
- Client and SmartDog will participate jointly in the project and will share responsibility to complete project tasks. Client will make available, on a timely basis, appropriate personnel to complete required tasks.
- Client team members will be empowered to make required decisions.
- Any scope changes identified after project commencement will be documented through the change order process and agreed to by both Client and SmartDog.
- Any regulatory or compliance requirements will be identified by Client.
- Client will provide SmartDog with connectivity to access the systems and applications remotely over a secure Virtual Private Network (VPN) or Client's preferred remote connectivity tool
- No DBA/Technical Training is included in the scope of this SOW.



**STATEMENT OF WORK**
*Project Management*

- Product related issues will be handled by Oracle; SmartDog and Client will raise TAR's/SRs as required and will pursue SR/TAR resolution with Oracle Support, escalating TAR and SR resolution as needed.
- It is assumed that Product Issues will not hamper project time lines.
- SmartDog is not responsible for delays in resolving product issues by Oracle.

**Project Planning:**
- The project plan will be based on the Oracle Applications Implementation Methodology ("AIM"), adopted to meet the needs of this particular project.
- Client will provide appropriate workspace and meeting facilities for the Project Team
- Client will provide an adequate desks, work area and conference rooms needed for the project team. The project team will have access to a copier, phone lines, a laser printer, telephones and normal office supplies.
- E-mail and shared directories will be available to the project team members to facilitate communication and information sharing.
- Ten-hour work days, four days a week, will be assumed for all traveling project team members. Exceptions to this may vary depending of stage of the project and will be managed and communicated to Client by the SmartDog Project Manager.
- SmartDog team members will take off normal Client holidays and any additional holidays identified by SmartDog in this document.

**Technical Environment:**
- Client users will be provided with connectivity, technical infrastructure and appropriate personal computers and software to access their required modules.
- Sufficient storage and server capacity exists to facilitate necessary install steps.
- The database character set will remain the same; English-Only. No additional languages will be enabled.
- Backup configuration for the OS, Application, and Database is the responsibility of the client.
- Printer OS driver issue resolution is out of scope.
- Any OS root privileges required will be granted on a timely basis.
- Client will configure operating system, kernel parameters with recommended Oracle specific configurations

**Conversion:**
- SmartDog will only be responsible for conversion activities as specifically outlined within the project scope.
- Client personnel will be responsible for validating and verifying all converted data.
- Client is responsible for any required manual corrections of failed conversion records.

**Testing:**
- Neither Client nor SmartDog will utilize any automated testing tools during this project.
- Client will be responsible for testing and certifying that the production applications are production ready.

**Production Implementation and Post-production Support:**
- Client will run the Oracle modules in the scope defined above in a Single Global Instance.
- There will be one (1) Production roll-out of the in-scope Oracle modules to named geographies and business units.
- Client is responsible for documenting all new policies and procedures relating to SmartDog Client's use of the applications.



**STATEMENT OF WORK**
*Project Management*

### Estimated Cost and Holdback

SmartDog will perform the services on a time and materials basis for the Estimated Total Cost set forth below, and subject to the following holdback amount:

**Estimated Total Cost:**    $ 2,824,440

**Holdback Amount:**    25% per labor invoice (Not to Exceed $375,000)

The Services will be performed by the following at the hourly rates set for below:

| Role | Skillset/Scope | Rate |
|------|----------------|------|
| Project Manager | Project Management | $ 197.50 |
| SCP Analyst | WMS & Shipping | $ 175.00 |
| SCP Analyst | SCP/Inventory/Purchasing | $ 175.00 |
| CRM Analyst | TeleService/OM/Adv Pricing | $ 175.00 |
| Financials | Financials, OIE, EBTax Support | $ 175.00 |
| HR | Base HR Setups & Employee Convert | $ 175.00 |
| Financials | Project Accounting | $ 175.00 |
| Financials | Financials Support | $ 175.00 |
| Executive Oversight | Executive Oversight | $ 200.00 |
| DBA | Apps Database Admin | $ 165.00 |
| Functional Analyst | Functional Analysis for Enhancements | $ 175.00 |
| Lead Developer | Conversions Development | $ 165.00 |
| Development Manager | Conversions Dev Mgmt. | $ 175.00 |
| Developer (Offshore) | Conversions Development | $ 75.00 |
| Offshore Oversight | Conversions Dev Mgmt. | $ 165.00 |

### Incentive /Disincentive

Client desires to expedite this Project. In order to achieve this, incentive-disincentive provisions are established for this SOW as described below.

| Incentive/Disincentive Trigger Date | Incentive/Disincentive |
|-------------------------------------|------------------------|
| Go-Live on or before March 1, 2015 | $50,000 incentive bonus paid to SmartDog |
| Go-Live between March 2, 2015 and April 1, 2015 | No incentive bonus paid to SmartDog |
| Go-Live after April 2, 2015 | 10% decrease in Rates until, and unless, 105% of Estimated Total Cost is incurred. At that point, the 37% decrease in Rates, as set forth below, goes into effect and will be applied to the above stated rates per Role. At that point, no additional 10% decrease will be incurred. |

For purposes of the calculation and the determination of entitlement to "Incentive/Disincentive" stated above, the "Incentive/Disincentive Trigger Date" will not be adjusted for any reason, cause or circumstance whatsoever.



**STATEMENT OF WORK**
*Project Management*

### Amounts Owed & Invoicing

**Previous Owed Amount.** Upon signing of the SOW, Client shall immediately pay to SmartDog the following amount without need of additional invoicing:

**$665,219.26**

> The amount of $ 698,127.26 is owed to SmartDog by Client for previous services rendered and invoiced, but not yet paid through May 31, 2014. Scott Elequin and Mark Boggess negotiated a reduction of $32,908 in this amount for a total amount owed to SmartDog by Client of $665,219.26 for all services rendered and expenses through May 31, 2014.

**Time.** Client may be invoiced monthly, in arrears, for charges based on the actual time expended by SmartDog to perform the Services in that time period, based on the rates stated in the SOW. Client will pay this amount, but may holdback 25% of the amount that would otherwise be payable for time expended in that month; provided however that the cumulative holdback amount cannot exceed $375,000. The Holdbacks shall cease for the remainder of the project and all existing Holdbacks shall become due immediately if SmartDog has not received full payment less the 25% Holdback for any invoice on or before its due date (this provision will not apply to amounts that are being deducted by Client which are identified as disputed amounts). Monthly Holdback amounts shall not exceed 25% per invoice. The Holdback amount accrued as of Go-Live date, but not to exceed $187,500, will be due and owed to SmartDog as of the date of Go-Live. This amount may be invoiced to Client immediately upon Go-Live date. The remainder of the holdback will be due and owed to SmartDog forty-five (45) days from the date of Go-Live. This amount may be invoiced immediately upon forty-five (45) from days from the date of Go-Live. Should the time exceed 105% of the Estimated Cost set forth in this SOW without consideration of any Change Order, then SmartDog shall invoice time at a reduced rate equal to 37% off of the Rate in the SOW from the time the Estimated Cost is exceeded by 105% until completion of the SOW. Should SmartDog earn an incentive bonus, the amount may be invoiced immediately and payable within fifteen (15) calendar days of receipt of the invoice.

**Expenses.** Expenses are reimbursable as follows: 1. At actual cost, for air fare, transportation, and out-of-pocket expenses, 2. At $46/day for meals, and 3. At actual cost, not to exceed $100/day without prior approval. Client and SmartDog will work together to control expenses and exercise the same care in incurring expenses that a prudent person would exercise if traveling on personal business and expending personal funds. Expenses will be invoiced monthly and due in full. Expenses are not subject Holdback.

**Invoices.** Invoices will be payable within fifteen (15) calendar days of receipt of invoice. Client will notify SmartDog within ten (10) calendar days of receipt of any discrepancies with the intention of such discrepancies being satisfactory resolved by both parties prior to the due date.
Does the Client require use of Purchase Orders ("P.O")? Yes ☐      No ☐
If P.O. is required, but not attached, please provide P.O. Number:

| Email / Mail Invoice To | |
|---|---|
| Attn: | Scott Logan with copy to Mark Boggess |
| Street Address: | 650 Three Springs Road |
| Suite #: | |
| City, State, Zip: | Bowling Green, KY 42104 |
| Email: | slogan@campingworld.com; mboggess@campingworld.com |
| **ACCOUNTS PAYABLE CONTACT** | |
| Name: | AGNES COLLINS |
| Phone #: | 270-901-4762 |
| Fax #: | 270-599-4251 |
| E-Mail: | ACOLLINS@CAMPINGWORLD.COM |



**STATEMENT OF WORK**
*Project Management*

---

**Additional Terms and Acceptance**

**Inspection and Acceptance.** Client will have the right to inspect each Deliverable and either accept or reject the Deliverable by giving SmartDog written notice. Written Deliverables shall be reviewed within three (3) business days after delivery thereof. All other Deliverables shall be reviewed within seven (7) business days after delivery thereof. Any inspection by Client shall be performed in such a manner as not to unduly delay the work. If Client fails to either accept or reject within the aforementioned time period, the Deliverable shall be deemed accepted, unless any defects in the applicable Deliverable were not reasonably capable of being detected within such time period. For any Deliverable or portion thereof that is reasonably found rejected, Client will provide SmartDog with the details necessary for correction of such Deliverable, and SmartDog will promptly perform the necessary modifications and resubmit the updated portions to Client for acceptance. This process may be reasonably repeated until Client accepts the Deliverable. There will be no additional charge for such correction unless caused by Client, a third party or otherwise mutually agreed in writing.

**Ambiguities.** Each party and its counsel have participated fully in the review and revision of this SOW. Any rule of construction to the effect that ambiguities are to be resolved against the drafting party shall not apply in interpreting this SOW. The language in this SOW shall be interpreted as to its fair meaning and not strictly for or against any party.

Agreed to this 1st day of July, 2014.

SmartDog Services, LLC

By: _____

Name/Title:    John A. Johnson, General Counsel

Client   *CWI, Inc.*

By: _____

Name/Title: _____
*Executive Vice President /*
*Chief Admin & Legal Officer*



| | Modification to Statement of Work |
| Oracle EBS R12 Re-Implementation Execution |

This is a modification to the Statement of Work between CWI, Inc. and SmartDog Services, LLC for the Project entitled Oracle EBS R12 Re-Implementation agreed to on the 1st day of July, 2014, ("Modification") which amends the Statement of Work only to the extent detailed below, all other all other terms of the Statement of Work remaining in effect.

**WHEREAS,** the parties in consideration of the mutual promises and covenants contained herein and in the Statement of Work, the parties hereto, intending to be legally bound, hereby agree as follows:

1. **Section entitled: Incentive/Disincentive.** Delete the Incentive/Disincentive Table and replace with Amended Billing Arrangements for Services Table set forth below.

| Amended Service Dates | Amended Billing Arrangement for Services |
|---|---|
| March 1, 2015 to March 31, 2015 | Services will be billed at a 10% discount from the SOW hourly rates. |
| April 1 to 30, 2015 | Services will be billed at a 37% discount from the SOW hourly rates. |
| May 1, 2015 through December 31, 2015 | Services performed by SmartDog *employees* will be billed at a 37% discount from SOW hourly rates, including after Go-Live occurs.<br><br>Services performed by SmartDog *subcontractors* will be billed at the following rates:<br>    Warehouse Management - $145/hour<br>    Financials - $145/hour<br>    Inventory - $145/hour<br>    Development - $120/hour |
| Beginning January 2016 | Services will be billed at SOW hourly Rates. |

Additionally, SmartDog will not transfer existing subcontractors off of the project to other projects, without Client's consent, and will use commercially reasonable effort to retain the existing subcontractors on the project through completion of the project.

2. **Section entitled: Amounts Owed and Invoicing, Time.** The Time section under Amounts Owed and Invoicing shall be modified by removing the sentences that states:

Should the time exceed 105% of the Estimated Cost set forth in this SOW without consideration of any Change Order, then SmartDog shall invoice time at a reduced rate equal to 37% off of the Rate in the SOW from the time the Estimated Cost is exceeded by 105% until completion of the SOW.
And
Should SmartDog earn an incentive bonus, the amount may be invoiced immediately and payable within fifteen (15) calendar days of receipt of the invoice.

This Modification has been executed, delivered and accepted and becomes effective as to the date of the last signature of the parties below:

CWI, INC.

By: _____    Date: 3/25/15
Name/Title: Brent Mosley, Executive Vice President

SMARTDOG SERVICES, LLC

By: Joni A. Johnson _____    Date: March 25, 2015
Name/Title: Joni A. Johnson, General Counsel

Confidential – Not for distribution without written permission by SmartDog Services, LLC
Version 061908JJ_032515_0330